## Anna Tomasello and Concetta Senese, Appellees, v. Chicago Transit Authority, and Midwest Transfer Company, Appellants.

### Gen. No. 45,257. ▮

Werner W. Schroeder, James O. Dwight, Erwin H. Wright, and Arthur J. Donovan, for certain appellant, and Wyatt Jacobs, and Charles E. Heckler, for certain other appellant; Thomas C. Strachan, Jr., of counsel; James A. Dooley, for appellees. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed January 21, 1952; released for publication February 5, 1952.